UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS MIRANDA,

                Plaintiff,

v.

RYAN PFAFF, et al.,

                Defendants.

Case No. 3:19-cv-06222-BHS-TLF

REPORT AND RECOMMENDATION

Noted for May 28, 2021

    This matter has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a)(4). On January 28, 2021, the Court issued an Order dismissing all of plaintiff's claims without prejudice and with leave to amend. The deadline for plaintiff's amended complaint was set for February 26, 2021.

    To date, plaintiff has not filed an amended complaint or responded to the Court's order. Given that more than 60 days have passed without further communication from plaintiff, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

    The Court must also decide whether plaintiff's *in forma pauperis* status should continue on appeal. *See* 28 U.S.C. §1915(a)(3) ("an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith"). The Court

REPORT AND RECOMMENDATION - 1

must determine whether appeal is frivolous or malicious, or whether it fails to state a claim on which relief may be granted. See 28 U.S.C. §1915(e)(2)(B)(i)&(ii).

Plaintiff has not pursued his claims; this should be interpreted as an indication that his appeal would be frivolous. *Roberts v. Missouri Division of Employment,* 636 F.2d 249 (6th Cir. 1980). Accordingly, the Court recommends that *in forma pauperis* status should not continue on appeal.

Petitioner has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **May 28, 2021**, as noted in the caption.

Dated this 10th day of May, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2