UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS MIRANDA,

           Plaintiff,

v.

RYAN A. PFAFF, et al.

           Defendants.

CASE NO. C19-6222 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 34. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This action is **DISMISSED without prejudice** for failure to prosecute;

(3)     Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

\

\

ORDER - 1

(4)  The Clerk shall enter JUDGMENT and close this case.

Dated this 14th day of June, 2021.

BENJAMIN H. SETTLE  
United States District Judge